**SEALED**

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 JUL 23 PM 12:38
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  GREGORY M. MUCIA,  Defendant. | 8:25CR171  INDICTMENT  18 U.S.C. § 2252(a)(1) & (b)(1)  18 U.S.C. § 2252(a)(4)(B) & (b)(2) |

The Grand Jury charges that

### COUNT I
### TRANSPORTATION OF CHILD PORNOGRAPHY WITH A PRIOR CONVICTION

On or about February 1, 2022, through on or about December 31, 2024, in the District of Nebraska, defendant GREGORY M. MUCIA, having previously been convicted on or about January 17, 2014, of Possession of Child Pornography-age nineteen (19) and over in violation of Neb. Rev. Stat. § 28-813.01(2)(b), in the District Court of Lancaster County, Nebraska, case number CR 12-63, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(l) and (b)(l).

### COUNT II
### POSSESSION OF CHILD PORNOGRAPHY WITH A PRIOR CONVICTION

On or about February 1, 2022, through on or about December 31, 2024, in the District of Nebraska, defendant GREGORY M. MUCIA, having previously been convicted on or about January 17, 2014, of Possession of Child Pornography-age nineteen (19) and over in violation of

1

Neb. Rev. Stat. § 28-813.01(2)(b), in the District Court of Lancaster County, Nebraska, case number CR 12-63, did knowingly possess at least one matter which contained a visual depiction, the production of which visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images depicting a prepubescent minor and a minor under the age of 12 years, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed and so shipped and transported, by any means including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

SEAN P. LYNCH, #25275
Assistant U.S. Attorney